**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS ALCALA, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEYER LOGISTICS, INC., a Corporation,<br><br>Defendant. | CASE No. **2:17-cv-07211-PSG-AGR**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: June 10, 2019<br>Hearing Time: 1:30 p.m.<br><br>Judge: Hon. Philip S. Gutierrez<br>First Street Courthouse, Courtroom 6A<br><br>Complaint Filed: September 29, 2017 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on June 10, 2019, at 1:30 p.m. in the United States District Court for the Central District of California, located at the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012-4565, in Courtroom 6A, before the Honorable Philip S. Gutierrez, Plaintiff Tomas Alcala ("Plaintiff") will move for preliminary approval of the proposed Settlement with Defendant Meyer Logistics, Inc. ("Defendant"). This motion is unopposed as based on the Class Action Settlement Agreement ("Agreement") between the Parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Kyle Nordrehaug, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: April 12, 2019    BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:    */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiff